**Order entered May 19, 2021**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-21-00006-CV

**CYNTHIA RAMOS, Appellant**

**V.**

**DOMINGO H. CISNEROS, Appellee**

**On Appeal from the 14th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-20-00429**

## ORDER

Before the Court is appellant's May 17, 2021 motion for a sixty-day extension of time to file her amended brief. We **GRANT** the motion **to the extent** appellant shall file her amended brief no later than **July 1, 2021**. Appellee's brief will be due thirty days after appellant's amended brief is filed.

/s/     KEN MOLBERG
         JUSTICE